**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BOSTON GLOBAL CONSTRUCTION COMPANY,** a Corporation organized under the laws of Afghanistan,<br><br>                Plaintiff,<br><br>        v.<br><br>**AWRISH BUILDERS,** a Corporation organized under the laws of Afghanistan, **FAISAL RAHIM, ABDUL MUJEEB MOHAMAND, ABDUL MUQEEM MOHMAND,**<br><br>                Defendants. | Case No.  4:22-cv-05855-YGR<br><br>**ORDER TO SHOW CAUSE** |

On June 23, 2023 this Court granted defendants' motion to dismiss and granted plaintiff leave to amend by July 14, 2023. Plaintiff has not filed an amended complaint. Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** by **Monday, August 14, 2023** why this case should not be dismissed for failure to prosecute. Failure to respond will result in automatic dismissal.

**IT IS SO ORDERED.**

Dated: August 8, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**